377 A.2d 173

Commonwealth v. Himlin, Appellant.

Submitted September

552

13, 1976.  Michael J. Cefalo, Public Defender, for appellant; Thomas J. Glenn, Jr., Assistant District Attorney, and Patrick J. Toole, Jr., District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.